FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 17 AM 11: 23

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ASHLEY LYNDOL JONES, )
 )
      Petitioner, )
 )
vs. ) Case No. CV502-116
 )
FREDERICK HEAD, Warden, )
 )
      Respondent. )
 )

# ORDER

Petitioner Ashley Lyndol Jones was convicted and sentenced to death by the Superior Court of Coffee County in 1993 for the murder of Keith Holland. After the completion of his direct appeal and state habeas court proceedings, Jones filed a petition for habeas corpus in this Court, pursuant to 28 U.S.C. § 2254, challenging his conviction and death sentence on a number of grounds. Petitioner also filed a motion for leave to conduct discovery. Therein, he claimed that discovery was necessary for the full and proper development of evidence and the presentation of his habeas case. On February 14, 2007, this Court issued an Order denying Petitioner's discovery requests. Petitioner now seeks reconsideration of that Order.

Petitioner's Motion for Reconsideration focuses on this Court's determination that Petitioner failed to show cause to overcome the procedural default of his claim that he was not present when the trial judge excused jurors Angela Wooten Blevins and Martha Douglas. The Court has considered Petitioner's

arguments and finds that he has failed to show that trial counsel's behavior was outside of the range of reasonable lawyering. Accordingly, Petitioner's motion is **DENIED**.

SO ORDERED, this 17th day of August, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA