IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ASHLEY LYNDOL JONES,

    Petitioner,

v.

BRUCE CHATMAN, Warden Georgia Diagnostic and Classification Center,

    Respondent.

CASE NO. CV502-116

## O R D E R

Before the Court is Petitioner's Motion to Stay Briefing Schedule or, in the Alternative, For Extension of Time to File Response. (Doc. 108.) After careful consideration of the record in this case, the Court does not believe that staying this proceeding is appropriate. Accordingly, Petitioner's request for a stay is **DENIED**. However, the Court will grant Petitioner **ten** additional days to file a response to Respondent's brief. Petitioner's brief is due no later than the close of business on **Friday, November 18, 2016**. Petitioner should be aware that the Court will grant no further extensions in regards to this filing.

SO ORDERED this 2ND day of November 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA