IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ASHLEY LYNDOL JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV502-116 |
| ) | |
| BRUCE CHATMAN, Warden Georgia ) | |
| Diagnostic and Classification ) | |
| Center, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is Petitioner's Motion for Leave to Appear Pro Hac Vice (Doc. 119), Motion to Appoint Counsel (Doc. 120), and Motion to Waive Pro Hac Appearance Fee (Doc. 121). After careful consideration, Petitioner's Motion to Appoint Counsel (Doc. 120) is **GRANTED**. Additionally, the Court has reviewed and considered the petition of Marcia A. Widder of the Georgia Resource Center and it appears that the requirements stated in Local Rule 83.4 for admission pro hac vice have been satisfied. As a result, Marcia Widder's Motion for Leave to Appear Pro Hac Vice (Doc. 119) and Motion to Waive Pro Hac Appearance Fee (Doc. 121) are likewise **GRANTED**. The Clerk is **DIRECTED** to enter Marcia A. Widder as counsel of record in this case for Petitioner Ashley Lyndol Jones.

SO ORDERED this 20th day of July 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA