# United States District Court
## Southern District of Georgia

Ashley Lyndol Jones

                JUDGMENT IN A CIVIL CASE

v.                CASE NUMBER: CV502-116

Bruce Chatman, Warden, Georgia Diagnostic and Classification Center

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 30, 2019, Ashley Lyndol Jones Petition for Writ of Habeas Corpus under 28 U.S.C. 2254 is DENIED. The Clerk of Court is DIRECTED to close this case. This action stands closed.



September 30, 2019            Scott L. Poff
*Date*                  *Clerk*

                                              *(By) Deputy Clerk*