IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ASHLEY LYNDOL JONES, | ) |
| Petitioner-Appellant, | ) |
| vs. | ) Case No. CV502-116 |
| WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON, | ) |
| Respondent-Appellee. | ) |

## ORDER

The judgment of this Court having been affirmed in part and vacated and remanded in part by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ____6th____ day of October 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA