AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ASHLEY LYNDOL JONES,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:02-cv-116

WARDEN, Georgia Diagnostic and Classification Center,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's March 25, 2024 Order, Petitioner's 2254 motion is dismissed, and this case stands closed.

Approved by: _[signature]_

March 27, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020