IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ASHLEY LYNDOL JONES, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, Georgia Diagnostic Prison, <br><br> Respondent. | CIVIL ACTION NO.: 5:02-cv-116 |

**O R D E R**

Presently before the Court is "Petitioner's Motion to Alter and Amend the Judgment Entered on March 27, 2024, and Application for a Certificate of Appealability" (the "Motion"), which was filed on April 24, 2024. (Doc. 197.) Respondent has not filed a Response to the Motion. The Court **DIRECTS** Respondent to file a response either opposing or indicating his lack of opposition to Petitioner's Motion within **twenty-one (21) days** of the date of this Order. **If Respondent fails to file a timely response, the Court will presume that Respondent does not oppose any of the requests made in the Motion.** See Local R. 7.5 ("Failure to respond . . . shall indicate that there is no opposition to a motion.").

**SO ORDERED**, this 27th day of August, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA